ORIGINAL

1  GEORGE A. RILEY (S.B. #118304)
   griley@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, CA 94111-3823
   Telephone: (415) 984-8700
4  Facsimile: (415) 984-8701

5  RYAN K. YAGURA (S.B. #197619)
   ryagura@omm.com
6  O'MELVENY & MYERS LLP
   400 South Hope Street
7  Los Angeles, California 90071-2899
   Telephone: (213) 430-6000
8  Facsimile: (213) 430-6407

9  Attorneys for Defendant
   Apple Inc.

FILED
2011 NOV 18 P 2: 42
RICHARD W.
CLERK, U.S.
NORTHERN D...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 11 5598 JSC

| APPLE INC., a California corporation, | Case No. |
|---|---|
| Plaintiff, | **APPLE INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO F.R.C.P. 7.1 & CIVIL LOCAL RULE 3-16** |
| v. | |
| GRAPHICS PROPERTIES HOLDINGS, INC., a Delaware corporation, | |
| Defendants. | |

1  Apple submits the following statement of its corporate interests and affiliations pursuant
2  to Rule 7.1 of the Federal Rules of Civil Procedure: (1) Apple is a publicly held corporation; (2)
3  Apple does not have any parent corporation; and (3) no publicly held corporation owns ten
4  percent or more of Apple's stock.

5  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
6  named parties, there is no such interest to report.

Dated: November 18, 2011   Respectfully submitted,

O'MELVENY & MYERS LLP

By: _George A. Riley_ /jws/
George A. Riley
Attorneys for Plaintiff
Apple Inc.

OMM_US:70127157.1
11/17/11

- 2 -   DISCLOSURE STATEMENT AND
CERTIFICATION OF INTERESTED ENTITIES